**STATE of Missouri, Respondent,**

v.

**Nathaniel M. HACK, Appellant.**

**No. WD 52698.**

Missouri Court of Appeals,
Western District.

May 27, 1997.

Philip M. Koppe, Attorney General's Office, Kansas City, for Respondent.

Robert G. Duncan, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Appeal of convictions of murder in the first degree under § 565.020.1, RSMo 1994, and armed criminal action under § 571.015.1, RSMo 1994.

We affirm. Rule 30.25(b).